# UNITED STATES DISTRICT COURT

350 U.S. Courthouse
El Paso, Texas 79901

William G. Putnicki
Clerk of Court



**FILED**

MAY - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ C. ESTEVES
DEPUTY CLERK

April 4, 2008

1:08cr0081-AWI

**RECEIVED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U.S. District Court
Southern District of California
Office of the Clerk
880 Front Street, Suite 4290
San Diego, CA 92101-8900

I, **WILLIAM G. PUTNICKI**, Clerk of the United States District Court for the Western

District of Texas, do hereby certify and transfer jurisdiction to the U.S. District Court, Eastern

District of California, pursuant to an Order entered transferring, by the Honorable Judge

Kathleen Cardone. Enclosed please find copies of the indictment, judgment and sentence,

certified copies of the docket sheet and order transferring jurisdiction in the cause entitled:

<u>U.S.A. V. RICHARD DAVIS, EP-07-CR-1579-KC.</u>

IN TESTIMONY WHEREOF, I have hereunto Subscribed my

name and affixed the seal of the aforesaid Court at El Paso, Texas,

this 4th day of April, 2008.

*Please acknowledge receipt on the enclosed
copy of this letter and return in the SASE.*

WILLIAM G. PUTNICKI, CLERK

BY: _____
Dina Labrado, Deputy

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

RICHARD DAVIS

Defendant.

Case Number    EP-07-CR-1579-KC
USM Number    96501-180

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

RECEIVED

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The defendant, RICHARD DAVIS, was represented by Anne Teresa Berton.

On motion of the United States, the Court has dismissed the Indictment.

The defendant pled guilty to Count(s) One (1) of the Information on July 12, 2007. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 8 USC 1324 | Transporting aliens | June 26, 2007 | One (1) |

As pronounced on November 1, 2007, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 5th day of November, 2007.

*Kathleen Cardone*

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____ Deputy

AO 245 B (Rev. 06/05)(W.D.TX.) - Probation

Judgment--Page 2

Defendant: RICHARD DAVIS
Case Number: EP-07-CR-1579-KC

## PROBATION

The defendant is hereby placed on probation for a term of two (2) years.

While on probation, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth in pages 2, 3 and 4 of this judgment; and shall comply with the following additional conditions:

$\underline{X}$    The defendant shall participate in the Home Confinement program for a period of four (4) months. During this time, the defendant shall remain at his/her place of residence, except for employment and other activities approved in advance by the Probation Officer. The defendant shall maintain a telephone at his/her place of residence without "call forwarding," a "modem", "caller ID," "call waiting," or portable cordless telephones for the above period. At the direction of the Probation Officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the Probation Officer. The Court further orders that the defendant shall pay for costs of Home Confinement, as directed by the Probation Officer.

$\underline{X}$    The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

$\underline{X}$    The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

$\underline{X}$    The defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

AO 245 B (Rev. 05/04)(W.D.TX.) - Probation

Judgment--Page 3

Defendant: RICHARD DAVIS
Case Number: EP-07-CR-1579-KC

## CONDITIONS OF PROBATION

### Mandatory Conditions:

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S. C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

### Standard Conditions:

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 B (Rev. 05/04)(W.D.TX.) - Probation

Defendant: RICHARD DAVIS
Case Number: EP-07-CR-1579-KC

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

Judgment--Page 5

Defendant: RICHARD DAVIS
Case Number: EP-07-CR-1579-KC

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $100.00 | $250.00 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00.   Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $250.00.   Payment of this sum shall begin immediately.   The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the sum remains unpaid.   Any fine balance that remains unpaid at the commencement of a term of supervised release shall be paid on a schedule to be approved by the Court.   The fine is below guideline range because of the defendant's inability to pay a fine within the guideline range.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1)  assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest,  (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2007 JUL 11 PM 4: 06

CLERK, U.S. DISTRICT COURT
DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | **CRIMINAL NO. EP07CR** |
| § | (07-3118-MC) BY |
| Plaintiff, § | |
| v. § | **INDICTMENT** |
| § | |
| **RICHARD DAVIS,** § | **CT 1:** 8 U.S.C. §§ 1324(a)(1)(A)(ii) and |
| § | (a)(1)(B)(ii) - Transporting Aliens |
| Defendant. § | **CT 2:** 8 U.S.C. §§ 1324(a)(1)(A)(ii) and |
| § | (a)(1)(B)(ii) - Transporting Aliens |

THE GRAND JURY CHARGES:

# EP07CR1579

**RECEIVED**

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## COUNT ONE
(8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii))

On or about June 26, 2007, in the Western District of Texas, Defendant,

### RICHARD DAVIS,

knowing and in reckless disregard of the fact that a certain alien had come to, entered and remained

in the United States in violation of law, transported and moved, and attempted to transport and move

such alien within the United States, in furtherance of said violation of law, in violation of Title 8,

United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

## COUNT TWO
(8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii))

**FILED**

APR 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

On or about June 26, 2007, in the Western District of Texas, Defendant,

### RICHARD DAVIS,

knowing and in reckless disregard of the fact that a certain alien had come to, entered and remained

in the United States in violation of law, transported and moved, and attempted to transport and move

REV06/05

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____ Deputy

such alien within the United States, in furtherance of said violation of law, in violation of Title 8,

United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:07-cr-01579-KC-1
## Internal Use Only

Case title: USA v. Davis

Magistrate judge case number: 3:07-mj-03118-MSM

Date Filed: 07/11/2007

Date Terminated: 11/05/2007

Assigned to: Judge Kathleen Cardone

RECEIVED

APR 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Defendant (1)**

**Richard Davis**
*TERMINATED: 11/05/2007*

represented by **Anne Teresa Berton**
Federal Public Defender's Office
700 E. San Antonio Street
Suite D-401
El Paso, TX 79901
(915) 534-6525
Fax: 915/534-6534
Email: Anne_Berton@fd.org
*TERMINATED: 11/05/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

8:1324.F BRINGING IN AND
TRANSPORTING ALIENS
(1s)

**Disposition**

Sentenced to 2 years Probation with a
$250.00 FINE and $100.00 S/A, along
with 4 months home confinement

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

8:1324.F BRINGING IN AND
TRANSPORTING ALIENS
(1-2)

**Disposition**

Remaining counts dismissed

**Highest Offense Level (Terminated)**

Felony

A true copy of the original, I certify.
Clerk, U.S. District Court

By _____
                             Deputy
4/8/2008

## Complaints                              ## Disposition

8:1324.F-Bringing in and harboring
aliens.

---

## Plaintiff

**USA**                              represented by **Steven Richard Spitzer**
                                          Assistant U.S. Attorney
                                          700 E. San Antonio
                                          Suite 200
                                          El Paso, TX 79901
                                          (915) 534-6884
                                          Fax: 915/534-6024
                                          Email: steven.r.spitzer@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/26/2007 | ❏ | Arrest of Richard Davis (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/28/2007 | ❏ 1 | COMPLAINTas to Richard Davis. (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/28/2007 | ❏2 | MOTION to Detain Defendant without Bond by USA as to Richard Davis. (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/28/2007 | ❏3 | NOTICE OF HEARING as to Richard Davis Detention Hearing and Preliminary Examination set for 7/3/2007 10:30 AM before Honorable Michael S. McDonald. (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/28/2007 | ❏ | Minute Entry for proceedings held before Judge Michael S. McDonald :Initial Appearance as to Richard Davis held on 6/28/2007. (Minute entry documents are not available electronically.) (Court Reporter ERO.) (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/28/2007 | ❏ | ORAL ORDER OF TEMPORARY DETENTION: DETAIN W/O BOND as to Richard Davis. Signed by Judge Michael S. McDonald. (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/28/2007 | ❏4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richard Davis. Duty Pub. Defender-El Paso appointed. Signed by Judge Michael S. McDonald. (mr, ) [3:07-mj-03118-MSM] (Entered: 06/29/2007) |
| 06/29/2007 | ❏5 | Notice of Substitution of Counsel: Attorney Anne Teresa Berton for Richard Davis added as to Richard Davis. (vm, ) [3:07-mj-03118-MSM] (Entered: 07/02/2007) |

| 07/03/2007 | ●6 | Minute Entry for proceedings held before Judge Michael S. McDonald :Bond Hearing as to Richard Davis held on 7/3/2007. Bond set $10K - 10% (Minute entry documents are not available electronically.), Detention Hearing as to Richard Davis held on 7/3/2007 (Minute entry documents are not available electronically.), Preliminary Examination as to Richard Davis held on 7/3/2007 (Minute entry documents are not available electronically.) (Court Reporter ERO.) (lc3, ) [3:07-mj-03118-MSM] (Entered: 07/06/2007) |
|---|---|---|
| 07/03/2007 | ●7 | ORDER SETTING BOND as to Richard Davis. Signed by Judge Michael S. McDonald. (lc3, ) [3:07-mj-03118-MSM] (Entered: 07/06/2007) |
| 07/03/2007 | ● | (Court only) ***Motions terminated as to Richard Davis: 2 MOTION to Detain Defendant without Bond filed by USA. (lc3, ) [3:07-mj-03118-MSM] (Entered: 07/06/2007) |
| 07/11/2007 | ●8 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to Richard Davis (1) count(s) 1-2. (dl1, ) (Entered: 07/12/2007) |
| 07/11/2007 | ●9 | Personal Data Sheet (Redacted) by USA as to Richard Davis (dl1, ) (Entered: 07/12/2007) |
| 07/12/2007 | ●10 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Richard Davis (dl1, ) (Entered: 07/13/2007) |
| 07/12/2007 | ●11 | PLEA AGREEMENT as to Richard Davis (Plea agreement documents are not available electronically.) (dl1, ) (Entered: 07/13/2007) |
| 07/12/2007 | ●12 | INFORMATION as to Richard Davis (1) count(s) 1s. (dl1, ) (Entered: 07/13/2007) |
| 07/12/2007 | ●13 | Personal Data Sheet (Redacted) by USA as to Richard Davis (dl1, ) (Entered: 07/13/2007) |
| 07/12/2007 | ●14 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Richard Davis (dl1, ) (Entered: 07/16/2007) |
| 07/12/2007 | ●16 | Minute Entry for proceedings held before Judge Michael S. McDonald :Arraignment as to Richard Davis (1) Count 1sRichard Davis (1) Count 1s. (Minute entry documents are not available electronically.), Plea of guilty entered as to Richard Davis (1) Count 1sRichard Davis (1) Count 1s (Court Reporter ERO.) (dl1, ) (Entered: 07/16/2007) |
| 07/12/2007 | ●17 | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Richard Davis. Signed by Judge Michael S. McDonald. (dl1, ) (Entered: 07/16/2007) |
| 07/16/2007 | ●15 | NOTICE OF HEARING as to Richard Davis Arraignment set for 7/20/2007 02:00 PM before Honorable Richard P. Mesa. Docket Call set for 8/16/2007 09:00 AM before Honorable Kathleen Cardone. (dl1, ) (Entered: 07/16/2007) |

| | | |
|---|---|---|
| 07/17/2007 | ❸18 | ORDER as to Richard Davis Sentencing set for 10/9/2007 09:00 AM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (dl1, ) (Entered: 07/17/2007) |
| 08/05/2007 | ❸19 | ORDER accepting re 17 Findings of Fact on Plea as to Richard Davis. Guilty plea accepted.. Signed by Judge Kathleen Cardone. (dl1, ) (Entered: 08/06/2007) |
| 08/06/2007 | ❸20 | Cash/Surety Bond Filed as to Richard Davis in amount of $ $10,000.00/10% cash deposit. (dl1, ) (Entered: 08/07/2007) |
| 08/06/2007 | ❸21 | TRANSCRIPT of Proceedings as to Richard Davis held on 7/3/07 Proceedings Transcribed: Prelim/Detention. Court Reporter: Rhonda McCay. NOTE: Transcript document is not available online. (dl1, ) (Entered: 08/07/2007) |
| 09/06/2007 | ❸ | (Court only) ***Location Fugitive start as to Richard Davis (dl1, ) (Entered: 09/07/2007) |
| 09/28/2007 | ❸ | Arrest of Richard Davis in Eastern District of California. (dl1, ) (Entered: 10/02/2007) |
| 09/28/2007 | ❸22 | Rule 5(c)(3) Documents Received as to Richard Davis (dl1, ) (Entered: 10/02/2007) |
| 10/02/2007 | ❸23 | Notice of Arrest as to Richard Davis (dl1, ) (Entered: 10/03/2007) |
| 10/02/2007 | ❸24 | Bench Warrant Returned Executed on 9/21/07 as to Richard Davis. (dl1, ) (Entered: 10/03/2007) |
| 10/05/2007 | ❸25 | ORDER as to Richard Davis Sentencing reset for 10/31/2007 09:00 AM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (dl1, ) (Entered: 10/09/2007) |
| 10/11/2007 | ❸26 | ORDER as to Richard Davis Sentencing reset for 11/1/2007 02:00 PM before Honorable Kathleen Cardone.. Signed by Judge Kathleen Cardone. (dl1, ) (Entered: 10/12/2007) |
| 10/15/2007 | ❸27 | MOTION to Revoke Bond *Motion for Final Revocation of Bond* by USA as to Richard Davis. (Attachments: # 1 Exhibit Petition for Action) (Spitzer, Steven) (Entered: 10/15/2007) |
| 10/22/2007 | ❸28 | ORDER granting 27 Motion to Revoke Bond. Bond set for Richard Davis (1) Revoked as to Richard Davis (1). Signed by Judge Kathleen Cardone. (dl1, ) (Entered: 10/23/2007) |
| 11/01/2007 | ❸29 | Minute Entry for proceedings held before Judge Kathleen Cardone :Sentencing held on 11/1/2007 for Richard Davis (1), Count(s) 1-2, Remaining counts dismissed; Count(s) 1s, Sentenced to 2 years Probation with a $250.00 FINE and $100.00 S/A, along with 4 months home confinement. (Minute entry documents are not available electronically.) (Court Reporter Shannon Rose.) (dl1, ) (Entered: 11/05/2007) |
| 11/05/2007 | ❸30 | JUDGMENT AND COMMITMENT as to Richard Davis. Signed by |

|            |             | Judge Kathleen Cardone. (dl1, ) (Entered: 11/06/2007)                                                                                                                                                                             |
| ---------- | ----------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 12/12/2007 | ❍<u>31</u>  | PROBATION FORM 12 as to Richard Davis (dl1, ) (Entered: 12/13/2007)                                                                                                                                                             |
| 03/04/2008 | ❍<u>32</u>  | PROBATION FORM 12: REPORT ON OFFENDER UNDER SUPERVISION as to Richard Davis (me, ) (Entered: 03/06/2008)                                                                                                                        |
| 04/04/2008 | ❍<u>33</u>  | Probation/Supervised Release Jurisdiction Transferred to Eastern District of California as to Richard Davis Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dl1, ) (Entered: 04/08/2008) |