DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD DAVIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-cr-0081 AWI <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER THEREON <br><br> Date:  June 2, 2008 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for May 27, 2008, **may be continued to June 2, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant due to counsel's unavailability.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: May 21, 2008         By   /s/ Ian Garriques
                                 IAN GARRIQUES
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 21, 2008         By   /s/ Marc Days
                                 MARC DAYS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RICHARD DAVIS

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 23, 2008**            /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE

Davis - Stipulation to Continue Sentencing Hearing                    2