

**FILED**
MAY 01 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RICHARD DAVIS, Defendant, | 1:08-CR-00081-001 LJO<br><br>ORDER TO RECONVEY CASH BOND |

On July 27, 2009 the above-named defendant was sentenced on a violation of supervised release petition held before the Honorable Anthony W. Ishii.

The Cash Bond (Receipt #100023266) in the amount of $1,000.00, posted by Melinda Davis shall be reconveyed forthwith. The bond money plus any accrued interest is to be returned to the surety.

IT IS SO ORDERED.

Dated: 5-1-19

_____
HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE